# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE: Carmelo Lopez** )
)
) **Bankruptcy No. 12 B 28807**
)
**Debtor(s)** )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:  See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  February 27, 2014 at 10:30 a.m.  in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R. Herzog is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 10, 2014

In re: Carmelo Lopez
Bankruptcy No. 12 B 28807

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 10, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_Deborah Smith_
Courtroom Deputy

### Electronic Service through CM/ECF System

represented byAlfredo J Garcia
Ledford & Wu
200 South Michigan Avenue
Suite 209
Chicago, IL 60604
Email: notice@ledfordwu.com

Trustee
David R Herzog
Herzog & Schwartz PC
77 W Washington Suite 1717
Chicago, IL 60602

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor
Carmelo Lopez
2125 W. 19th Street
Chicago, IL 60608